# Supreme Court of Texas

---

No. 21-0017

---

Sarah Gregory and New Prime, Inc.,

*Petitioners*,

v.

Jaswinder Chohan, et al.,

*Respondents*

---

On Petition for Review from the
Court of Appeals for the Fifth District of Texas

---

**JUDGMENT**

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record, briefs, and counsels' argument, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1)   The court of appeals' judgment is reversed;

2)   The cause is remanded to the trial court for a new trial; and

3)      Each party shall bear its own costs incurred in this Court and in the court of appeals.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Fifth District and to the County Court at Law of Dallas County, Texas, for observance.

Justice Blacklock announced the Court's judgment and delivered an opinion, in which Chief Justice Hecht and Justice Busby joined in full, and in which Justice Bland joined except as to Parts II.C.2 and II.D.

Justice Devine filed an opinion concurring in the judgment, in which Justice Boyd joined.

Justice Bland filed an opinion concurring in part and concurring in the judgment.

Justice Lehrmann, Justice Huddle, and Justice Young did not participate in the decision.

June 16, 2023

\*\*\*\*\*\*\*\*